DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

PUMA ENERGY CARIBE, LLC )
)
*Plaintiff(s)* )
v. ) Civil Action No. 15-2574(JAF)
)
) TRADEMARK INFRINGEMENT, ET AL
C-FUELS, LLC, ET AL. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**C-FUELS, LLC**

**Loiza Street at its corner with King's Court #86, San Juan, PR 00911**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**KENNETH C. SURIA, ESQ.**

**ESTRELLA, LLC, P.O. BOX 9023596, SAN JUAN, PR 00902-3596**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **OCT 2 0 2015**

ANTONIO RODRIGUEZ
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| **PUMA ENERGY CARIBE, LLC** <br> *Plaintiff(s)* <br> v. <br> **C-FUELS, LLC, ET AL.** <br> *Defendant(s)* | Civil Action No. 15-2574 (JAF) <br><br> TRADEMARK INFRINGEMENT, ET AL |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**TO GO STORES, INC.**

Loiza at its corner with King's Court # 86, San Juan, PR 00911; St. Hwy. #2, Km 8.3, Marg. Jardines

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**KENNETH C. SURIA, ESQ.**

**ESTRELLA, LLC, P.O. BOX 9023596, SAN JUAN, PR 00902-3596**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **OCT 2 0 2015**

ANTONIO RODRIGUEZ
Deputy Clerk
*Signature of Clerk or Deputy Clerk*